# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### HONORABLE JUDGE JANIS L. SAMMARTINO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 20CR3514 JLS |
| | ) | |
| Plaintiff | ) | ORDER |
| v. | ) | FOR CONTINUANCE OF |
| | ) | Motion HEARING/Trial Setting |
| RODRIGUEZ, Fabian | ) | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting Hearing set for Friday, April 23, 2021 be continued until July 2, 2021 at 1:30 p.m. Defendant shall file an acknowledgement of the new hearing date by May 14, 2021.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: April 21, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge