1
2
3
4
5
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**HONORABLE JUDGE JANIS L. SAMMARTINO**

6 | **UNITED STATES OF AMERICA** ) No. 20CR3514 JLS

7 | )

8 | )
                         **Plaintiff** ) **ORDER**

9 | **v.**                              ) **FOR CONTINUANCE OF**
                                       ) **Motion Hearing/Trial Setting**

10 | **RODRIGUEZ, Fabian** )

11 | _____)

12
13
14
15
16
     Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting Hearing set for Friday, July 2, 2021 be continued until August 6, 2021 at 1:30 p.m.  Defendant shall file an acknowledgment of the new hearing date within one week of this Order.

17
18
19
20
     For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

21
     IT IS SO ORDERED.

22
Dated:  June 28, 2021

23
Hon. Janis L. Sammartino
24
United States District Judge

25
26
27
28